BEYER ET AL., APPELLEES AND CROSS-APPELLANTS *v.* RIETER AUTOMOTIVE
NORTH AMERICAN, INC., APPELLANT AND CROSS-APPELLEE, ET AL.

[Cite as *Beyer v. Rieter Automotive N. Am., Inc.*,
134 Ohio St.3d 379, 2012-Ohio-5627.]

(No. 2012–1283—Submitted December 4, 2012—Decided December 5, 2012.)

---

{¶ 1} The discretionary appeal and cross-appeal are accepted.  The judgment
of the court of appeals is reversed on the authority of *Hewitt v. L.E. Myers,* 134
Ohio St.3d 199, 2012-Ohio-5317, 981 N.E.2d 795, and judgment is entered in favor
of Rieter Automotive North American, Inc.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and
MCGEE BROWN, JJ., concur.

PFEIFER, J., dissents and would affirm the judgment of the court of appeals.

---

Spitler & Williams–Young Co., L.P.A., Marc G. Williams–Young, and Elaine B.
Szuch, for appellees and cross-appellants, Thomas H. Beyer and Sherry Beyer.

Weston Hurd, L.L.P., Shawn W. Maestle, and Jeffrey L. Tasse, for appellant
and cross-appellee.